COLIN P. CALVERT (SBN 275195)
ccalvert@fisherphillips.com
LISA CHINAI (SBN 298017)
lchinai@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendant
SIERRA DEVELOPMENT LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA GAIL SEWELL, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>SIERRA DEVELOPMENT LLC; THE RIVERSIDE COMPANY and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No: 2:25−cv−01940 MAA<br><br>**DEFENDANT SIERRA DEVELOPMENT LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: March 5, 2025<br>Trial Date:      None set |

**TO PLAINTIFF, HER COUNSEL OF RECORD, AND THE CLERK FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Defendant Sierra Development LLC ("Defendant"), by and through its undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure Rule 7.1., respectfully submits the following corporate disclosure statement:

Defendant does not have a parent corporation and there is no publicly held corporation that has ten (10%) or more equity in Defendant.

DATED: April 3, 2025                    FISHER & PHILLIPS LLP

                                      By:   */s/ Lisa Chinai*
                                                Colin P. Calvert
                                                Lisa Chinai
                                                Attorneys for Defendant
                                                SIERRA DEVELOPMENT LLC

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On **April 3, 2025**, I served the foregoing document entitled **DEFENDANT SIERRA DEVELOPMENT LLC'S CORPORATE DISCLOSURE STATEMENT** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Jon Y. Vanderpool<br>Dyland Griffith<br>VANDERPOOL GRIFFITH LLP<br>401 B Street, Suite 2000<br>San Diego, CA 92101<br>Telephone: (619) 952-0855 | Attorneys for Plaintiff,<br>MELISSA SEWELL<br><br>Email: jon@vgfirm.com |

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed **April 3, 2025** at Irvine, California.

_____   By: _____
     Katie Costantino                                       Signature
       Print Name