1  COLIN P. CALVERT (SBN 275195)
   ccalvert@fisherphillips.com
2  LISA CHINAI (SBN 298017)
   lchinai@fisherphillips.com
3  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
4  Irvine, California 92614
   Telephone: (949) 851-2424
5  Facsimile:  (949) 851-0152

6  Attorneys for Defendants
   SIERRA DEVELOPMENT LLC
7  and THE RIVERSIDE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA GAIL SEWELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA DEVELOPMENT LLC; THE RIVERSIDE COMPANY and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:25−cv−01940 MAA<br><br>**DEFENDANT THE RIVERSIDE COMPANY'S CORPORATE DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>Complaint Filed: March 5, 2025<br>Trial Date:       None set |

1
DEFENDANT THE RIVERSIDE COMPANY'S CORPORATE DISCLOSURE STATEMENT

**TO PLAINTIFF, HER COUNSEL OF RECORD, AND THE CLERK FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Defendant Riverside Partners L.L.C. (d/b/a The Riverside Company and hereinafter "Defendant"), by and through its counsel of record, and pursuant to Federal Rules of Civil Procedure Rule 7.1, respectfully submits the following corporate disclosure statement:

Defendant does not have a parent corporation and there is no publicly held corporation that has ten (10%) or more equity in Defendant.

Defendant is a Delaware limited liability company. Its sole member is Riverside Global Partners, LLC.

Riverside Global Partners, LLC is a Delaware limited liability company. Its members are Stewart A. Kohl, an individual residing in Ohio; Béla Szigethy, an individual residing in New York; and Riverside Investment Management Company, LLC.

Riverside Investment Management Company, LLC is a Delaware limited liability company. Its members are Stewart A. Kohl; Béla Szigethy; and Lakeside Partners I, L.P., a Delaware limited partnership with its principal place of business in Cleveland, Ohio.

DATED:  June 30, 2025

Respectfully submitted,

FISHER & PHILLIPS LLP

By: /s/ Lisa Chinai
Colin P. Calvert
Lisa Chinai
Attorneys for Defendants
SIERRA DEVELOPMENT LLC and
THE RIVERSIDE COMPANY

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On **June 30, 2025,** I served the foregoing document entitled **DEFENDANT THE RIVERSIDE COMPANY'S CORPORATE DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Jon Y. Vanderpool<br>Dyland Griffith<br>VANDERPOOL GRIFFITH LLP<br>401 B Street, Suite 2000<br>San Diego, CA 92101<br>Telephone: (619) 952-0855 | Attorneys for Plaintiff,<br>MELISSA SEWELL<br><br>Email: jon@vgfirm.com |

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed **June 30, 2025,** at Irvine, California.

| Deanna Jaksic | By: *[signature: Deanna Jaksic]* |
|---|---|
| Print Name | Signature |